LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08542 BRO (VBKx) | Date | February 13, 2015 |
|---|---|---|---|
| Title | JOSIE ALEJO V. WHOLESALE AMERICA MORTGAGE, INC. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendants' motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 26.) When Defendants filed their motion, they set the hearing date for March 2, 2015. (Dkt. No. 26.) Under the Court's Local Rule 7-9, a party must oppose a motion at least 21 days prior to the scheduled hearing date. C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition to this motion was due no later than February 9, 2015. Yet as of today, Plaintiff has filed no opposition. Pursuant to the Court's Local Rule 7-12, failure to file an opposition "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why Defendants' motion should not be granted. Plaintiff's response to this order to show cause must be filed **no later than Wednesday, February 18, 2015, at 4:00 p.m.** An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an opposition to Defendants' motion.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |